UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

Garden City Boxing Club, Inc.,

                 Plaintiff,         CV-05-1043  (CPS)

      - against -

                               ORDER
Humberto Castro,

                 Defendant.

------------------------------------------X


        No objections to the Report and Recommendation of

Magistrate Judge Pollak dated February 10, 2006, having been

filed by the parties, the Report and Recommendation is hereby

adopted.  The plaintiff is directed to submit to the court by

March 7, 2006, a revised proposed default judgment consistent

with Magistrate Judge Pollak's Report and Recommendation.

        The Clerk is directed to transmit a copy of the within

to all parties and to the magistrate judge.

        SO ORDERED.

Dated :   Brooklyn, New York
         February 27, 2006



                By: /s/ Charles P. Sifton (electronically signed)
                     United States District Judge